890

No. 03–5129. MEDINA DELEON v. DUNCAN, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–5130. MILLER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–5131. ROBERTS v. UNITED STATES; and
No. 03–5597. MINCEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 62 Fed. Appx. 757.

No. 03–5132. ROSARIO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–5133. PHELPS v. KNIGHT, SUPERINTENDENT, MIAMI CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 03–5134. GUTIERREZ v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5135. RESPER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–5136. SHERKAT v. DISTRICT COURT OF KANSAS, JOHNSON COUNTY. C. A. 10th Cir. Certiorari denied.

No. 03–5137. HENDERSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–5139. BICKHAM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5140. BATES v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 03–5141. BENNAFIELD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5142. ANTOINE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.